IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TELLAS LEVALLAS KENNEDY, | |
| Petitioner, | CIVIL ACTION NO.: 6:16cv163 |
| v. | |
| WARDEN DREW, | |
| Respondent. | |

**O R D E R**

Petitioner Tellas Levallas Kennedy ("Kennedy") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The record reflects that Kennedy paid the requisite $5.00 filing fee on December 14, 2016. Kennedy is currently incarcerated at the United States Penitentiary-Atlanta in Atlanta, Georgia, and names Warden Drew, the warden of USP Atlanta, as the Respondent. This Court does not have jurisdiction over this petition, because Kennedy is incarcerated outside of this District. Instead, this case should have been docketed in the Northern District of Georgia's Atlanta Division rather than in this Court's Statesboro Division. 28 U.S.C. § 90(a)(2); Ramirez v. Hastings, No. CV214-085, 2015 WL 1022363, at *2 (S.D. Ga. Mar. 9, 2015) ("[A] habeas petition under section 2241 . . . is filed in the district of incarceration.") (internal citation omitted). Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Northern District of Georgia.

**SO ORDERED**, this 13th day of January, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA